1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DEMARICE TERRELL,** | )   NO. CV 21-1672 JVS (KS) |
|           **Petitioner,** | ) |
|     **v.** | )   **ORDER ACCEPTING FINDINGS AND** |
| | )   **RECOMMENDATIONS OF UNITED** |
| **RAYMOND MADDEN, Warden,** | )   **STATES MAGISTRATE JUDGE** |
|           **Respondent.** | ) |
| _____ | ) |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Magistrate Judge's Report and Recommendation ("Objections"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

\\

\\

\\

\\

1    Accordingly, IT IS ORDERED that: (1) the Petition is DENIED; and (2) Judgment shall

2    be entered dismissing this action with prejudice.

3

4

5    DATED:   November 28, 2022

6                                                    JAMES V. SELNA
                                              UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28