JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEMARICE TERRELL,** | ) NO. CV 21-1672 JVS (KS) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| | ) |
| **RAYMOND MADDEN, Warden,** | ) |
| Respondent. | ) |
| _____ | ) |

Pursuant to the Court's Order Accepting Findings and Conclusions of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 28, 2022

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE